IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**FREDERICK BANKS,**

    **Plaintiff,**

v.                                            Case No. 1:17cv194-MW/GRJ

**SOO SONG, U.S. Attorney,
et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g) three-strikes bar." The Clerk shall close the file.

**SO ORDERED on August 31, 2017.**

                                                           s/Mark E. Walker          
                                                           **United States District Judge**